

ATES DISTRICT COURT

N DISTRICT OF TEXAS

DIVISION

§
§        CIVIL ACTION NO. 9:11CV174
§
§

ECOMMENDATION
ES MAGISTRATE JUDGE

*ma pauperis*, initiated the above-styled lawsuit on

the undersigned to conduct pretrial proceedings in

*kground*

nt on December 19, 2011. Plaintiff states that he is

the violation of his right to due process. Plaintiff is

Austin University ("SFA"), Jane Wilcox, Director

, Vice President for University Affairs at SFA, and

oot") was placed on his vehicle on October 13, 2011

t the university at the time. Plaintiff states that the

ampus parking and traffic regulation providing for

npaid parking tickets. A fee of $75 was required to

Page 1 of 9