**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jacob Duffee
    423 Maple Leaf Dr
    Duncanville, TX 75137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Jacob Duffee*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

[FILED — U.S. DISTRICT COURT — EASTERN DISTRICT OF TEXAS — JUL 23 2012 — BY DAVID J. MALAND, CLERK]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7003 1680 0002 5172 9579

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. DISTRICT COURT
104 NORTH THIRD STREET
LUFKIN, TX 75901