IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JACOB DUFFEE | § | |
| v. | § | CIVIL ACTION NO. 9:11CV174 |
| BAKER PATTILLO, *et al.* | § | |

### FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED**.

So **ORDERED** and **SIGNED** this **16** day of **August, 2012.**

_____
Ron Clark, United States District Judge